IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-2257-O |
| | § | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has timely filed an amended complaint as allowed by the recommendation, Defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) and Brief in Support (ECF No. 5) is **DENIED as moot.** This action will now proceed on the amended complaint.

**SO ORDERED** on this **3rd** day of **March, 2014**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE