IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-2257-O |
| | § | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | § § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 30. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, Defendant's Motion to Dismiss (ECF No. 25), filed December 10, 2014, is **GRANTED**, and Plaintiff's claims are **DISMISSED with prejudice**. The Court shall issue its Final Judgment separately.

**SO ORDERED** on this **1st day** of **July, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE